Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

2021 AUG 31 AM 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

Angela Dickerson Hewlett
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Author Reputaton Press LLC,
Hannah Lopez, Adrian King
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.) See attachment

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Angela Dickerson Hewlett
   Street Address: P.O. Box 11621
   City and County: Montgomery, Alabama (Montgomery)
   State and Zip Code: Alabama 36111
   Telephone Number: 334-473-8951
   E-mail Address: shatteredglasscoaching@gmail.com
   angiesfashionworld4@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Author Reputation Press LLC Corporation
- Job or Title (if known): Corporation
- Street Address: 45 Dan Road, Suite 5
- City and County: Canton, MA Norfolk County
- State and Zip Code: Massachusetts 02021
- Telephone Number: 1-800-220-7660 / 1-888-821-0229
- E-mail Address (if known): info@authorreputationpress.com

Defendant No. 2

- Name: Hannah Lopez
- Job or Title (if known): Senior Fulfillment Officer
- Street Address: 45 Dan Road Suite 5
- City and County: Canton Norfolk County
- State and Zip Code: Massachusetts 02021
- Telephone Number: 1-888-821-0229 ext. 2150
- E-mail Address (if known): Hannah.Lopez@authorreputationpress.com

Defendant No. 3

- Name: Adrian King
- Job or Title (if known): Senior Fulfillment Officer / Author Advisor
- Street Address: 45 Dan Road, Suite 5
- City and County: Canton Norfolk County
- State and Zip Code: Massachusetts 02021
- Telephone Number: 1-888-821-0229
- E-mail Address (if known): Adrian.King@authorreputationpress.com

Defendant No. 4

- Name: Jay Hogarth
- Job or Title (if known): Supervisor
- Street Address: 45 Dan Road Suite 5
- City and County: Canton Norfolk County
- State and Zip Code: Massachusetts 02021
- Telephone Number: 1-800-220-7660 ext 215
- E-mail Address (if known): Jay.hogarth@authorreputationpress.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Breach of Contract - I did not get 100% control of my bnk*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* **Angela Dickerson Hewlett**, is a citizen of the State of *(name)* **Alabama**.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* **Hannah Lopez**, is a citizen of the State of *(name)* **Massachusetts**. Or is a citizen of *(foreign nation)* _____.

Defendant Continue I B.
   Jay Hogarth


Defendant Continue 2 B
   Adrian King is a citizen of the state of
      Massachusetts, or is a citizen of foreign nation ___N/A___

   Jay Hogarth is a citizen of the state of
      Massachusetts, or is a citizen of foreign nation ___N/___

## III Statement of Claim.

I received a call from two author advisor on April 22 and April 23rd stating I will receive my printout the next day. Adrian King left a message on my recorder on April 23 stating my book was the best book in their company and that the company will send me a printout of my Royalties. I have never heard from them nor this company. I called and spoke with Jay – the manager and he told me to set with Hannah Lopez. I sent an email and follow up with a call to her, she said that I need to sign a form. Via email Hannah sent me a Tax ID certificate form. I certified the form and a signature CK Signed it on May 10, 2020. I have not heard from them. Nor will they email or call me. I asked them to take my book off Amazon Barnes and Nobles and other issues. They have not and the book is being read by the public. Before signing the contract – I told Adrian King that the book must not be read off the internet. My rights and control of my book was completely violated. I did not receive a copy of entire manuscript. The page they print is not what I wrote. I included

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, (name) **Author Reputation Press LLC** is incorporated under the laws of the State of (name) **Massachusetts**, and has its principal place of business in the State of (name) **Massachusetts**.
Or is incorporated under the laws of (foreign nation) —,
and has its principal place of business in (name) —.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.) **See attachment**

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain): **$415,000 and control of my book, Shattered Glass**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**I, Angela D. Hewlett, author of Shattered Glass submitted my book to Author Reputation Press LLC (Aduajn King) on September 3, 2020. The company and its employees have made many negligence toward me and my book. They have not sent my printout of my sales, not sent my royalties and the amount owed for not delivering my bulk books for my 1st book signing (March 13, 2021). See attachment.**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**I am most definitely entitled to compensatory and punitive damages. This matter has caused undue hardship, pain, continued doctor visits with high rising of blood pressure, high A1C and hi hypertension. I cant sleep at night because my nerves have been shocked wondering why I cannot get a response from this company about my book! Why the breakdown of communication. The amount I am seeking is $475,000, printout of sales and my book taken off those sites.**

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 23, 2021

Signature of Plaintiff: *Angela Dickerson Hewlett*

Printed Name of Plaintiff: Angela Dickerson Hewlett

### B. For Attorneys   N/A

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____